IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VINCENT J. BRANSON, | § | |
| | § | No. 273, 2014 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below — Court of |
| | § | Chancery of the State of |
| v. | § | Delaware |
| | § | |
| DAVID BRANSON, Executor of | § | ROW No. 260-S |
| the Estate of Dorothea Branson, | § | |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: September 26, 2014
Decided: December 12, 2014

Before **HOLLAND**, **RIDGELY** and **VALIHURA**, Justices.

# O R D E R

This 12th day of December 2014, the Court has considered this matter on the briefs of the parties and has concluded that the judgment should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its April 30, 2013 bench ruling concluding that the appellant was without standing to file exceptions in an estate matter and in the Court of Chancery's letter opinion and order of April 22, 2014, assessing attorney's fees.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice